UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | May 02, 2023 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
333 Lomas N.W.
Albuquerque, NM 87102

Mr. Stephen A. Taylor
Office of the Federal Public Defender
District of New Mexico
111 Lomas Boulevard NW, Suite 501
Albuquerque, NM 87102

Ms. Tiffany L. Walters
Office of the United States Attorney
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102

**RE:** **23-2001, United States v. Hampton**
Dist/Ag docket: 1:21-CR-00306-JB-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/klp